Rev. 7/06
CO Hab Corp
AO 241 amd.

FILED

FEB - 9 2007

Page 1

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KEITH REYNOLDS© eos legis, LLC
NAME (Under which you were convicted)

04135-000®
PRISON NUMBER

Allenwood Penitentiary
PLACE OF CONFINEMENT/ADDRESS
P.o Box 3000
White Deer
Pennsylvania

KEITH REYNOLDS
(Full Name)          Petitioner

v.

JONATHON MINER, Warden
ALBERTO GONZALES, Attorney General
(Name of Warden, Superintendent, Jailor, or
authorized person having custody of petitioner)
                        Respondent

CASE NUMBER   1:07CV00319

JUDGE: Unassigned

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 02/9/2007

2007 Jan 16 P 12:59

## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA

### INSTRUCTIONS - PLEASE READ CAREFULLY

1.    This petition must be legibly handwritten or typed, and signed by the petitioner.  Any false
statement of material fact may serve as the basis for prosecution and conviction for perjury.  All
questions must be answered concisely in the proper space on the form.

3.    Additional pages are not permitted except with respect to the facts which you rely upon to support
your grounds for relief.  No citation of authorities need be furnished.  If briefs or arguments are
submitted, they should be submitted in the form of a separate memorandum.

4.    Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing
fee.  Your check or money order should be made payable to: Clerk, U.S. District Court.

5.    If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

6.    Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

7.    When you have completed the form, send the original and one copy to:
       Clerk, United States District Court for the District of Columbia
       Room 1225
       333 Constitution Avenue, NW
       Washington, DC 20001

9.    <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1.    (a)    Name and location of court which imposed the sentence (or detention) of conviction you are challenging:
       Superior Court for the District of Columbia

2.    (a)    Date of the sentence (or detention): January 31, 1989

3.    Length of sentence: 18 Years To Life

4.    Nature of offense involved (all counts): Armed Robbery, in Violation of 22 D.C. Code § 2901, 3202; Destroying Property, in Violation of 22 D.C. Code § 403 and Carrying a Pistol Without a License in Violation of 22 D.C. Code § 3204

5.    (a)    What was your plea? (Check one)?
       ☒    Not guilty
       ☐    Guilty
       ☐    Nolo Contendere (no contest)
       ☐    Insanity

Page 3

(b)     If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: _____

_____
_____
_____
_____
_____
_____

6.     Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?

☒     Yes
☐     No

7.     If your answer to Question 10 was "Yes," give the following information:

(a)     (1)     Name of Court: _Superior Court for the District of Columbia_

(2)     Nature of the proceedings: _____

_____████████████ _Collateral review_ _____

_____

(3)     Grounds raised: _____ _N/a_ _____

_____
_____
_____
_____

(4)     Did you receive an evidentiary hearing on your petition, application or motion?

☐     Yes
☒     No

(5)     Result: _____

(6)     Date of result: _____

(b)     As to any second petition, application, or motion, give the same information:

(1)     Name of Court: _____

(2)     Nature of the proceedings: _____

_____
_____

(3)     Grounds raised: _____

_____
_____
_____
_____

(4)     Did you receive an evidentiary hearing on your petition, application or motion?

☐     Yes
☐     No

(5)     Result: _____

    (6)     Date of result: _____

(c)    As to any third petition, application, or motion, give the same information:
    (1)     Name of Court: _____
    (2)     Nature of the proceedings: _____
                 _____
                 _____

    (3)     Grounds raised: _____
                 _____
                 _____
                 _____

    (4)     Did you receive an evidentiary hearing on your petition, application or motion?
              ❏     Yes
              ❏     No
    (5)     Result: _____
    (6)     Date of result: _____

(d)    Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?
    (1)     First petition, etc."
              ☒     Yes
              ❏     No
    (2)     Second petition, etc.:
              ❏     Yes
               ❏     No

    (3)     Third petition, etc.:
              ❏     Yes
               ❏     No

(e)    If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: _____
_____
_____
_____
_____
_____

8.    State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

A.    GROUND ONE:
    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:

See Attachments

B.    GROUND TWO:
    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:

See Attachments and Exhibits

C.    GROUND THREE:
    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:

D.    GROUND FOUR:

   (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

9.    If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

_____
_____
_____
_____
_____
_____
_____
_____

10.    Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?
   ☒    Yes
   ☐    No

   (a)    If so, give the name and location of the court and case number, if known: Case No. 3:06-cv-2160 Reynolds v. Minor et al Transferred Dec. 05, 2006 To U.S. District Court for the District of columbia

11.    Do you have any future sentence to serve after you complete the sentence (or detention) under attack?
   ☐    Yes
   ☐    No        N/a

   (a)    If so, give name and location of court which imposed sentence to be served in the future:
_____
_____
_____

(b)    And give date and length of sentence to be served in future: _____

(c)    Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
      ☐    Yes
      ☐    No

    Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

S/ KEITH REYNOLDS©ens legis, LLC
Petitioner's Signature

1/16/07
Date

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH REYNOLDS,©ens legis,LLC
DEBTOR

vs                                    Case No. ▇▇▇▇▇▇▇▇

ALBERTO GONZALES          et al
Defendants' In Error


Petition for writ of habeas corpus and order
discharging from custody-insufficiency of
information

TO:   THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA


The petition of KEITH REYNOLDS,©ens legis,LLC, for a Writ
of Habeas Corpus, respectfully shows to the court and alleges:

1.  I am the attorney-in-fact, authorized representative
for the debtor on whose behalf this application is made.

2.  Keith-Odell;Reynolds©El     is imprisoned and re-
strained of his liberty in the Allenwood Penitentiary,Union
County at White Deer, Pennsylvania, and the person or officer
by whom he is so imprisoned or restrained is Warden of the
said Allenwood penitentiary.

3.  Keith-Odell; Reynolds©El is not committed or detained
by virtue of any process or mandate issued by any court of the
United States, or by any judge thereof; nor is he committed or
detained by virtue of criminal jurisdiction, or the final order
of such tribunal made in a special proceeding instituted for any
cause except to punish him acting under the character of a lawfully
chartered corporation with a Common Law Service Trade Mark namely
KEITH REYNOLDS acronym for a ficticious business licensed with

07 0319

FILED

FEB - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page one of Three

the Alohol, Tobacco and Firearms Administration; nor by virtue of
an excution or other process issued upon such a judment decree or
final order.

4.  The cause or pretense of the imprisonment and restraint,
according to the best knowledge and belief of the attorney-in-fact,
is a certain committment of REGGIE B. WALTON, Justice of the Peace
of the city of Washington, D.C., committing KEITH REYNOLDS© pur-
suant to a grand jury three count indictment under an information
charging him with Armed Robbery, in violation of 22 D.C. Code §§
2901,3202; Destroying Property, in violation of 22 D.C.Code§§ 403;
and Carrying a Pistol without a License, in violation of 22 D.C.
Code § 3204.

5.  Based upon the information, KEITH REYNOLDS©was arrested
July 13, 1988, found guilty by jury of the charges December 14, 1988,
and sentenced January 31, 1989 before said Justice of the Peace, and
surrendered to the custody of the Warden of Allenwood Penitentiary
August 17, 2004.

6. The imprisonment and restraint of Keith-Odell; Reynolds©El
is illegal, in that the information, fails to allege facts sufficient
to show the commission of the crime charged, or any crime, or to
supply reasonable ground for belief that Keith-Odell;Reynolds©El had
committed the crime charged, or any crime, and hence is insufficient
as a matter of law to confer jurisdiction upon the Justice to issue
the warrant for probable cause and to hold Keith-Odell; Reynolds©El
for examination.

No previous application for the relief now sought has been
made by the realtor or by anyone in his behalf.

Page two of Three

WHEREFORE, I pray that a Writ of Habeas Corpus issue, directed to Warden JONATHAN C. MINER, Warden of Allenwood Penitentiary at P.O. Box 3500, White Deer, Pennsylvania, or whosoever may have custody of Keith-Odell;Reynolds El, Authorized Representative, commanding him to produce the body of KEITH REYNOLDS ens legis,LLC; By; Keith-Odell; Reynolds  El, Attorney-In-Fact, Authorized Representative, before this Court at a Stated Term of the Clerk of Court, to be held at the Courthouse, located at United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001                                    on_____2007 at

_____[a.m./p.m.] so that this Court may inquire into the legality of his detention.

> s/ <u>KEITH REYNOLDS,ens legis,LLC</u>
>    <u>By: Keith-Odell;Reynolds  El</u>
>    Authorized Representative,
>    Attorney-In-Fact

Debtor, KEITH REYNOLDS,ens legis,LLC; By: Keith-Odell;Reynolds El, Authorized Representative, Attorney-In-Fact, being duly sworn deposes and says, that the facts set forth in the above petition, subscribed by him, are true.

> s/ <u>KEITH REYNOLDS,ens legis,LLC</u>
>    <u>By: Keith-Odell;Reynolds  El</u>
>    Authorized Representative,
>    Attorney-In-Fact
>    Date: January 23, 2007