FILED

FEB - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Keith Reynolds, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No.   07 0319 |
| | ) | |
| Jonathon Miner *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

TRANSFER ORDER

Petitioner is a prisoner at the Allenwood United States Penitentiary in White Deer, Pennsylvania. He seeks his release from custody on the basis that he "is not committed or detained by virtue of any process or mandate issued by any court of the Untied States . . . ." Pet. Attach. at 1. The proper respondent in *habeas corpus* cases is the petitioner's warden or immediate custodian. *Rumsfeld v. Padilla,* 124 S.Ct. 2711 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998)(citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Petitioner's custodian is not within this Court's territorial jurisdiction. The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 5th day of February 2007,

ORDERED that this case is TRANSFERRED to the United States District Court for the Middle District of Pennsylvania. The Clerk of this Court shall file and docket the petition. Whether petitioner should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

United States District Judge